[No. 17447-6-III.     Division Three.     July 13, 1999.]

ERNESTO DEL ROSARIO, *Appellant*, v. THE DEPARTMENT OF
LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Okanogan County, No. 97-2-00164-3, Kenneth L. Jorgensen, J., entered April 13, 1998. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kurtz, A.C.J., and Brown, J.

[No. 17458-1-III.     Division Three.     July 13, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM
GILBERT HARMON, *Appellant*.

Appeal from a judgment of the Superior Court for Ferry County, No. 97-1-00043-2, Richard J. Schroeder, J., entered April 27, 1998. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kurtz, A.C.J., and Kato, J.

[Nos. 16583-3-III; 17434-4-III;   Division Three.   July 15, 1999.]
    17719-0-III.

THE STATE OF WASHINGTON, *Respondent*, v. JERROD BRICE
JOHNSON, *Appellant*.

Appeals from a judgment of the Superior Court for Douglas County, No. 97-8-00055-5, Bart Vandegrift, J. Pro Tem., entered March 18 and 26, 1997, and July 10, 1998. *Affirmed* by unpublished opinion per Kato, J., concurred in by Sweeney and Brown, JJ.

[No. 16830-1-III.     Division Three.     July 15, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. THERESA
MARIE SPICKLER-BOWE, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 97-1-00347-5, Greg D. Sypolt, J., entered August 8, 1997. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kurtz, A.C.J., and Brown, J.